UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAMS,<br><br>        Defendant. | Case No. 10-cr-00560-SI-1<br><br>**ORDER RE JANUARY 2, 2020 LETTER**<br><br>Re: Dkt. No. 109 |

Lance Williams has sent a letter asking the Court to order the Bureau of Prisons "to calculate my sentence with a start date of my arrest 4/26/10." Dkt. No. 109. It appears that Mr. Williams wants to challenge the execution of his sentence. This Court cannot provide the requested relief in this action. A federal prisoner who wishes to challenge the execution of his sentence by the Bureau of Prisons may file a petition for writ of habeas corpus under 28 U.S.C. § 2241. The petition must be filed in the district of confinement. The Eastern District of California would be the proper venue in which to file a § 2241 petition for Mr. Williams, who is confined in a prison in Lassen County, California.

The clerk will send to Mr. Williams a copy of the form habeas petition for an action under 28 U.S.C. § 2241.

**IT IS SO ORDERED**.

Dated: January 27, 2020

SUSAN ILLSTON
United States District Judge