UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAMS,<br><br>    Defendant. | Case No. 10-cr-00560-SI-1<br><br>**ORDER DENYING MOTION REQUESTING CLARIFICATION AND JUDICIAL CONSIDERATION OF TIME CREDIT**<br><br>Re: Dkt. No. 114 |

The motion filed on March 5, 2020 is DENIED for the reasons stated in the order filed January 27, 2020. *See* Dkt. No. 113. No further motions regarding the sentence computation may be filed in this action.

**IT IS SO ORDERED**.

Dated: March 6, 2020

SUSAN ILLSTON
United States District Judge